

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS ~~FILE COPY~~
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**9/25/2015**

**SUTHERLIN, JOHNNY PAUL    Tr. Ct. No. 31228**

**COA No. 12-13-00374-CR**

**PD-0959-15**

The appellant's pro se petition for discretionary review has this day been received and filed.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *